IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE JONES,

        Plaintiff,                     2:03-cv-0170-GEB-DAD-P

        vs.

CONSTANCE CUMMINGS, et al.,

        Defendants.           <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On April 5, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 5, 2006, are adopted in full;

2. Defendants' February 24, 2006 motion to dismiss pursuant to Fed. R. Civ. P. 37(b) and (d) and Fed. R. Civ. P. 41(b) is granted; and

3. This action is dismissed with prejudice as a sanction for plaintiff's failure to comply with applicable rules and court orders and for failure to prosecute this action.

Dated: May 12, 2006

```
/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge
```